## CARRIE A. PARKER vs. BOSTON ELEVATED RAILWAY COMPANY.

Suffolk.    October 9, 1930. — November 26, 1930.

Present: RUGG, C.J., CROSBY, PIERCE, SANDERSON, & FIELD, JJ.

*Negligence*, Elevated railway: crowd in station.

Where, at the trial of an action by a woman passenger against a street railway company for personal injuries caused in a subway station, the plaintiff's evidence showed only that, after waiting at a "rush hour" for several cars, she stepped into one and other passengers, pushing and crowding to get in, knocked her down inside the car; that the conductor was standing by the fare box, but did nothing; that she saw no guard on the platform; and that she became separated from a companion by the pushing crowd, it was proper to order a verdict for the defendant.

TORT for personal injuries.    Writ dated October 18, 1924.

Material evidence at the trial in the Superior Court before *McLaughlin*, J., is stated in the opinion.    At the close of the plaintiff's evidence, the defendant rested and the judge ordered a verdict for the defendant and reported the action for determination by this court.

*J. J. Butler*, for the plaintiff.

*J. I. Krafsur*, for the defendant.

RUGG, C.J.    This is an action of tort to recover compensation for personal injuries alleged to have been received by the plaintiff while a passenger of the defendant attempting to board a car in the Park Street station of the subway. The testimony of the plaintiff showed that after waiting for several cars she stepped into one, and other passengers pushing and crowding to get in knocked her down inside the car; that the conductor was standing by the fare box but he did nothing, and that she saw no guard on the platform; that she became separated from her companion by the pushing crowd; and that this was at the rush hour. A witness called it the usual crowd and another testified that it was an unusually large crowd.    The evidence need

not be narrated in further detail. The case at bar falls within the authority of the class of cases illustrated by *Boyd* v. *Boston Elevated Railway*, 264 Mass. 364, where many cases are collected.

*Judgment for defendant.*